# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-cr-00090-KJD-PAL |
| vs. | ORDER |
| PHILBERT COLE, | |
| Defendant. | (Docket No. 41) |

On June 24, 2016, while represented by counsel, Defendant Philbert Cole filed a *pro se* motion for a detention hearing. Docket No. 41.

A party who is represented by counsel "cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." LR IA 11-6(a). Lisa Rasmussen, Esq. made her first appearance on Defendant's behalf on December 17, 2014, and has represented him since that time. Docket No. 5. *See also* Docket (reflecting no withdrawal by counsel).

. . . .
. . . .
. . . .
. . . .
. . . .

Accordingly,

Defendant's motion for detention hearing, Docket No. 41, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: July 8, 2016.

                                              NANCY J. KOPPE
                                              United States Magistrate Judge