UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>PHILBERT COLE,<br><br>    Defendants. | CASE NO. 2:15-CR-00090-KJD-PAL<br><br>**ORDER** |

Based upon the stipulation of counsel, and good appearing, IT IS HEREBY ORDERED that defendant's reply brief for Compassionate Release shall be due on or before May 6, 2020.

DATED: April 23, 2020

_____
THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE