# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff;

    vs.

PHILBERT COLE,

      Defendant.

CASE NO.:   2:15-cr-90-KJD-PAL

**ORDER**

    Based upon the stipulation of counsel, and good appearing, IT IS HEREBY ORDERED that defendant's reply brief for Motion to Vacate Sentence (2255) shall be due on or before March 10 _____, 2021.

DATED: ___2/23/2021_____

_____
THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL – (702) 463.9074

Page **3** of **3**