# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILBERT COLE,<br><br>Defendant/Appellant. | Case No. 2:15-cr-0090-KJD-PAL<br><br>ORDER |

Presently before the Court is Defendant's Counsel's Motion to Withdraw as Attorney (#83). Also before the Court is the Ninth Circuit Court of Appeal's Order (#85) authorizing the Court to provide Appellant notice and opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b), upon a finding of excusable neglect or good cause.

Having read and considered Counsel's motion to withdraw and good cause being found it is **GRANTED**. Appellant/Defendant, Philbert Cole, is hereby ordered to show cause, within thirty (30) days of the entry of this order, why he failed to file his notice of appeal (#81) timely and to seek an extension of time to do so based upon a showing of good cause or excusable neglect.

Accordingly, IT IS HEREBY ORDERED that Defendant's Counsel's Motion to Withdraw as Attorney (#83) is **GRANTED**;

IT IS FURTHER ORDERED that Philbert Cole show cause within thirty (30) days of the entry of this order;

///

///

///

IT IS FURTHER ORDERED that the Clerk of the Court serve this order on Defendant at: Reg. No. 49616-048, FCI Schuylkill, Federal Correctional Institution, P.O. Box 759, Minersville, PA 17954.

DATED this 11th day of March 2021.

_____
The Honorable Kent J. Dawson
United States District Judge